793 A.2d 902

TOWNSHIP OF WHITEHALL, Petitioner,

v.

AMERICAN CASUALTY COMPANY OF READING, Pennsylva-
nia, Continental Casualty Company, Assurance Company of
America and Maryland Casualty Company, Respondents.

Supreme Court of Pennsylvania.

March 28, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of March, 2002, the Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Superior Court is hereby **REVERSED.** The case is remanded to the Court of Common Pleas of Lehigh County for further consideration in light of *Sunbeam Corp. v. Liberty Mutual Insurance Co.,* 566 Pa. 494, 781 A.2d 1189 (2001).